```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 27275
   LUKAS DOMAGALA
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
   SSN XXX-XX-9980


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/10/08 .

   2.  The case was dismissed without confirmation, 12/19/2008.

--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING CO     CURRENT MORTG           .00            .00             .00
AMERICAS SERVICING CO     MORTGAGE ARRE  NOT FILED              .00             .00
AMERICAN GENERAL FINANCE  SECURED                 .00            .00             .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE  NOT FILED              .00             .00
AMERICAN GENERAL FINANCE  SECURED                 .00            .00             .00
ILLINOIS DEPT OF PUBLIC   CHILD SUPPORT  NOT FILED              .00             .00
AFNI/ VERIZON WIRELESS    UNSECURED      NOT FILED              .00             .00
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED              .00             .00
ATG CREDIT                UNSECURED      NOT FILED              .00             .00
CACH LLC                  UNSECURED      NOT FILED              .00             .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00             .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00             .00
CCB INCORPORATED          UNSECURED      NOT FILED              .00             .00
THE CHICAGO DEPT OF REVE  UNSECURED      NOT FILED              .00             .00
ILLINOIS COLLECTION SERV  UNSECURED      NOT FILED              .00             .00
M3 FINANCIAL SERVICES     UNSECURED      NOT FILED              .00             .00
NATIONAL CREDIT SYSTEMS   UNSECURED      NOT FILED              .00             .00
NICOR GAS                 UNSECURED      NOT FILED              .00             .00
PARK DANSAN               UNSECURED      NOT FILED              .00             .00
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
       Summary of disbursements:
--------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00         .00          .00          .00           .00
PRINCIPAL PAID             .00         .00          .00          .00           .00
INTEREST PAID              .00         .00          .00          .00           .00
TOTAL PAID                 .00         .00          .00          .00           .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $    3500.00
and was paid $    1216.00   direct and $      .00   through the plan.

The Trustee received $        .00 .
```

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 27275 LUKAS DOMAGALA